IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIAN M. ZERKEL,

    Plaintiff,                          Case No.: 3:19-cv-274

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Thomas M. Rose
                                               Magistrate Judge Michael J. Newman
    Defendant.

---

**ORDER: (1) APPROVING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 18); AND (2) AWARDING PLAINTIFF $5,400.00 IN EAJA FEES AND $400.00 IN COSTS**

---

       This Social Security disability benefits appeal is before the Court on the parties' joint motion in which they agree that Plaintiff should be awarded attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,800.00 (*i.e.*, $5,400.00 in fees and $400.00 in costs).  Doc. 18.  Based upon the parties' motion in which they present no dispute that all requirements are met for the reasonable award of EAJA fees and costs, the Court: (1) **GRANTS** the parties' joint motion (doc. 18); and (2) **AWARDS** Plaintiff $5,400.00 in EAJA fees and costs in the amount of $400.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

       **IT IS SO ORDERED.**


Date:   October 29, 2020                             *s/Thomas M. Rose
                                                                       Thomas M. Rose
                                                                       United States District Judge